UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**KERI LYNN CURTISS,**

    **Plaintiff,**

v.                                                       **Case No. 8:19-cv-2257-T-AAS**

**ANDREW SAUL, Commissioner,**
**Social Security Administration,**

    **Defendant.**
_____/

## **ORDER**

Keri Lynn Curtiss mailed a document to the court requesting reconsideration of the order affirming the Commissioner's denial of Ms. Curtiss's application for social security benefits, which the court construes as a motion for reconsideration. (Doc. 28).

Only limited circumstances prompt reconsideration of a court order. These include (1) an intervening change in the controlling law; (2) new evidence which has become available; or (3) a need to correct clear error or prevent manifest injustice. *Branch Banking & Trust Co. v. Shirley Inv. Properties*, LLC, No. 8:13-CV-528-T-23MAP, 2014 WL 12623802, at *1 (M.D. Fla. Jan. 16, 2014) (citation omitted). Reconsideration is not appropriate when the proponent merely reargues matters already addressed. *See Arthur v. King*, 500 F.3d 1335, 1343 (11th Cir. 2007).

Ms. Curtiss attempted to appeal the order affirming the decision of the Commissioner *in forma pauperis*. (Docs. 25, 26). The court denied Ms. Curtiss's

request to proceed *in forma pauperis* because her notice of appeal and application failed to establish the existence of a reasoned, nonfrivolous argument raised on appeal. (Doc. 27). Similarly, Ms. Curtiss's construed motion for reconsideration fails to establish the existence of a reasoned, nonfrivolous argument. In addition, there is no change of law, new evidence, or need to correct a clear error.

Accordingly, Ms. Curtiss's motion for reconsideration (Doc. 28) is **DENIED**. If Ms. Curtiss intended to mail the subject document to the United States Court of Appeals, the address is:

> US Courts of Appeals for the Eleventh Circuit
> 56 Forsyth Street, N.W.
> Atlanta, Georgia 30303[1]

**ORDERED** in Tampa, Florida on September 4, 2020.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

cc: Keri Lynn Curtiss

---

[1] The document contains a US Court of Appeals' case number. (*See* Doc. 28).